UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE GLENN SCHMIDT, | No. 2:14-cv-2868 CKD P |
| Plaintiff, | |
| v. | ORDER |
| TAN THINH, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding in forma pauperis, sought relief pursuant to 42 U.S.C. § 1983. Judgment was entered in this action on April 14, 2015. On April 22, 2015, plaintiff filed a notice of appeal. On April 27, 2015, the United States Court of Appeals for the Ninth Circuit referred this matter to the district court "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." (ECF No. 18.)

The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. P. 24(a). After review of the record herein, the court determines that plaintiff's appeal is frivolous and his in forma pauperis status on appeal should be revoked. This filing

1

1 | constitutes notification to plaintiff and the Ninth Circuit Court of Appeals.

2 |     IT IS SO ORDERED.

3 | Dated: April 29, 2015

    _____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10 | 2/schm2868.4d